IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EURAINA S. JERRY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CRISIS INTERVENTION TEAM,** *et al.* | : | **NO. 21-3598** |

## ORDER

AND NOW, this 16th day of September, 2021, upon consideration of Plaintiff Euraina S. Jerry's Application to Proceed *In Forma Pauperis* (ECF No. 1), her *pro se* Complaint (ECF No. 2), and her *pro se* Memorandum (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum as follows:

    A. All civil rights claims brought pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**.

    B. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ Harvey Bartle III
                                                                                              J.